JS 44C/SDNY  
REV. 12/2025

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**  
Jimmy Darinel Alecio Griijalva

**DEFENDANTS**  
Kristi Noem, Pamela Bondi, and William Joyce

**ATTORNEYS** (Firm Name, Address, And Telephone Number)  
Johnathan Kraidman, Law Office of Perham Makabi Esq, 8015 Lefferts Blvd Suite 1R, Kew Gardens NY 11415, 718-261-6870

**ATTORNEYS** (If Known)

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)  
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)  
28 U.S.C. § 2241 et seq., Habeas corpus petition challenging immigration detention

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☒ Yes ☐ _____  
(If yes, Judge Previously Assigned)

If yes, was this case Vol. ☐ Invol. ☐  Dismissed. No ☐ Yes ☐  If yes, give date _____ & Case No. _____

Is this an international arbitration case?  Yes ☐ No ☐

## NATURE OF SUIT (PLACE AN [x] IN ONE BOX ONLY)

Prisoner Petitions — Habeas Corpus — ☒ 463 Alien Detainee

**Check if demanded in complaint:**  
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

*Check YES only if demanded in complaint*

JURY DEMAND: ☐ YES ☐ NO

Do you claim this case is related to a civil case now pending in S.D.N.Y. as defined by Local Rule For Division of Business 13? If so, state:

JUDGE _____ DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32) with an explanation as to why the cases are deemed related.

| (PLACE AN X IN ONE BOX ONLY) | | ORIGIN | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court <br> ☐ a. all parties represented <br> ☐ b. At least one party is pro se. | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation (Transferred) | ☐ 7 Appeal to District Judge from Magistrate Judge | |
| | | | | | ☐ 8 Multidistrict Litigation (Direct File) | | |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | | | |
|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 2 U.S. Government Defendant | ☐ 3 Federal Question (U.S. Government NOT A PARTY) | ☐ 4 Diversity | *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.* |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☐ 1 | ☐ 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 3 | ☐ 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ☐ 5 | ☐ 5 |
| CITIZEN OF ANOTHER STATE | ☐ 2 | ☐ 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ☐ 4 | ☐ 4 | FOREIGN NATION | ☐ 6 | ☐ 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following Defendants:

## COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one: THIS ACTION SHOULD BE ASSIGNED TO: ☐ WHITE PLAINS ☐ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 01/07/26  SIGNATURE OF ATTORNEY OF RECORD  ADMITTED TO PRACTICE IN THIS DISTRICT
☐ NO
☒ YES (DATE ADMITTED Mo. 11 Yr. 2025)
RECEIPT # Attorney Bar Code # 6207716

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)