UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————

JIMMY DARINEL ALECIO GRIJALVA,

                        Plaintiff,

      - against -

KRISTI NOEM, ET AL.,

                    Defendants.
———————————————————————————

                      26-cv-135 (JGK)

                      ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by telephone, for a conference **today, Thursday, January 8, 2026, at 3:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
          January 8, 2026

                                John G. Koeltl
                  United States District Judge