UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

JIMMY DARINEL ALECIO GRIJALVA,

                Plaintiff,

    - against -

KRISTI NOEM, ET AL.,

                Defendants.
―――――――――――――――――――――――――――――――

26-cv-135 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The petitioner brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. To preserve the status quo, the Court enjoins the government from removing the petitioner from a facility within this District, the District of New Jersey, or the Eastern District of New York. See Khalil v. Joyce, 771 F. Supp. 3d 268, 291 (S.D.N.Y. 2025) ("[T]o ensure that [Petitioner] gets an opportunity to have his Petition and these motions considered by a court in the normal course — and to preserve the status quo — the Court's . . . Order barring the Government from removing him (to which the Government has never raised an objection and which the Government has not asked the Court to lift in the event of transfer) shall similarly remain in effect unless and until the transferee court orders otherwise.").

The parties are directed to provide a status update by January 15, 2026.

**SO ORDERED.**

**Dated:** **New York, New York**
**January 8, 2026**

                                                                        _____
                                                                        **John G. Koeltl**
                                                            **United States District Judge**