UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY DARINEL ALECIO GRIJALVA,<br><br>                              Petitioner,<br><br>        - against -<br><br>KRISTI NOEM, *et al.*,<br><br>                              Respondents. | No. 26 Civ. 135 (JGK)<br><br><br>**STIPULATION AND ORDER OF<br>TRANSFER OF VENUE** |

WHEREAS, petitioner Jimmy Darinel Alecio Grijalva brought this habeas action under 28 U.S.C. § 2241 on January 7, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), and seeking an order from this Court requiring, among other things, that he be released from custody; and

WHEREAS, the petitioner filed his habeas petition while he was detained at the Nassau County Correctional Cetner in East Meadow, New York, which is located within the Eastern District of New York; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the Eastern District of New York under 28 U.S.C. § 1631; therefore

*[remainder of page intentionally left blank]*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is transferred to the U.S. District Court for the Eastern District of New York, and that the seven-day waiting period in Local Civil Rule 83.1 is waived. The parties further agree to the continued imposition of the Court's restriction on transfer pending further order of the transferee court.

Kew Gardens, New York
January 15, 2026

LAW OFFICES OF PERHAM MAKABI
*Attorney for Petitioner*

Jonathan Sal Kraidman, Esq.
8015 Lefferts Boulevard, Suite 1R
Kew Gardens, New York 11415
Tel.   (718) 208-3098

New York, New York
January 15, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2743

SO ORDERED.

HON. JOHN G. KOELTL
United States District Judge

1/15/26