UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

                        Alecio Grijalva,
            v.


                        Noem et al.
------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITH PREJUDICE**

Civil Action No. 2:26-cv-00256-GRB

(Brown, J.)


IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.



Dated: February 3, 2026
      Queens, New York

            By:    /s/ Johnathan S. Kraidman
                   Johnathan S. Kraidman
                   Law Office of Perham Makabi
                   *Counsel for Plaintiff*
                   8015 Lefferts Boulevard
                   Suite 1r
                   Kew Gardens, NY 11415
                   718-208-3098
                   Email: jk@makabilaw.com