UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

|  |  |
|---|---|
| Alecio Grijalva,<br><br>v.<br><br><br>Noem et al. | **STIPULATION OF<br>DISMISSAL<br>WITH PREJUDICE**<br><br>Civil Action No. 2:26-cv-00256-GRB<br><br>(Brown, J.) |

-----------------------------------------------------------------x

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: February 3, 2026
   Queens, New York

         By:  /s/ Johnathan S. Kraidman
             Johnathan S. Kraidman
             Law Office of Perham Makabi
             *Counsel for Plaintiff*
             8015 Lefferts Boulevard
             Suite 1r
             Kew Gardens, NY 11415
             718-208-3098
             Email: jk@makabilaw.com

Dated: Central Islip, New York
   February 3, 2026

             JOSEPH NOCELLA, JR.
             United States Attorney
             *Counsel for Defendants*
             610 Federal Plaza
             Central Islip, NY 11722

         By:  /s/Diane C. Leonardo
             Diane C. Leonardo
             Assistant U.S. Attorney
             (631) 715-7854
             diane.beckmann@usdoj.gov